O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL R. JACKSON, | Case No. CV 09-1326-PSG (DTB) |
| Plaintiff, | ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| MATTHEW CATE, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Second Superseding Report and Recommendation of the United States Magistrate Judge. Objections to the Second Superseding Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Second Superseding Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing defendants Diaz and Murray from this action without prejudice; dismissing plaintiff's Eighth Amendment claim against defendants Bellinger and Zucker with prejudice; dismissing plaintiff's First Amendment claim against defendants Curiel, Grannis, and Sampson without leave to amend; dismissing plaintiff's Fourteenth Amendment Due Process claim

against defendants Cate, Ayers, Jr., Gonzalez, Gorey, Gassaway, Wong, Vanrossen, Pruett, Fortson, Luu, and Selvy without leave to amend; dismissing plaintiff's Fourteenth Amendment Due Process claim against defendants Rousten, Carrasco, Ramos, McLaughlin, O'Dell, Walker, Devlin, Cowee, Zanchi, Cruz, Gonder, Powers, Wofford, Frank, Gaupel, Cash, and Nipper with leave to amend.

DATED:     November 9, 2010

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE