# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL R. JACKSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MATTHEW CATE, et al., ) <br> ) <br> Defendants. ) | Case No.  CV 09-1326-PSG (DTB) <br><br> **J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Judgment be entered dismissing defendants Diaz and Murray from this action without prejudice; dismissing plaintiff's Eighth Amendment claim against defendants Bellinger and Zucker with prejudice; dismissing plaintiff's First Amendment claim against defendants Curiel, Grannis, and Sampson without leave to amend; dismissing plaintiff's Fourteenth Amendment Due Process claim against defendants Cate, Ayers, Jr., Gonzalez, Gorey, Gassaway, Wong, Vanrossen, Pruett, Fortson, Luu, and Selvy without leave to amend; dismissing plaintiff's Fourteenth Amendment Due Process claim against defendants Rousten, Carrasco, Ramos, McLaughlin, O'Dell, Walker, Devlin, Cowee, Zanchi, Cruz, Gonder, Powers, Wofford,

1 | Frank, Gaupel, Cash, and Nipper with leave to amend.

3 | DATED:     November 9, 2010

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

2