# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| PAUL R. JACKSON,<br><br>        PLAINTIFF(S),<br>v.<br>MATTHEW CATE, ET AL.,<br><br>        DEFENDANT(S). | CASE NUMBER:<br><br>CV09-1326-JAK (DTB)<br><br>ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY:<br>☐ FULL FILING FEE<br>☑ INITIAL PARTIAL FILING FEE |
|---|---|

  On _____March 5, 2012_____, plaintiff was granted permission pursuant to 28 U.S.C. § 1915 (b)(1) to file the above-referenced action without prepaying the full filing fee of $350.00, but plaintiff was ordered to pay the ☐ full filing fee ☑ initial partial filing fee, in the amount of $ __1.25__ within thirty (30) days to the Clerk of Court.

  The plaintiff has not complied with 28 U.S.C. § 1915 (b)(1) and is hereby ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☐ full filing fee ☑ initial partial filing fee.

  Plaintiff may file a response to this Order to Show Cause no later than twenty-one (21) days from the date of this Order. Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action. If the ☐ full filing fee or ☑ initial partial filing fee is received within the twenty-one (21) day period, no further response to this Order to Show Cause is necessary.

May 16, 2012
Date

_____
United States Magistrate Judge