O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL R. JACKSON, | ) Case No. CV 09-1326-JAK (DTB) |
| Plaintiff, | ) |
| vs. | ) ORDER ACCEPTING FINDINGS, |
| | ) CONCLUSIONS AND |
| MATTHEW CATE, et al., | ) RECOMMENDATIONS OF UNITED |
| | ) STATES MAGISTRATE JUDGE |
| Defendants. | ) |
| | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: January 30, 2013

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1