JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL R. JACKSON,<br><br>        Plaintiff,<br>   vs.<br>MATTHEW CATE, et al.,<br><br>        Defendants. | Case No. CV 09-1326-JAK (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: January 30, 2013

                                  JOHN A. KRONSTADT
                                  UNITED STATES DISTRICT JUDGE