JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL R. JACKSON,<br><br>    Plaintiff,<br>vs.<br>MATTHEW CATE, et al.,<br><br>    Defendants. | Case No. CV 09-1326-JAK (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: January 30, 2013

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1